## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Mariano Garay-Ortiz, Customs & Border Protection Enforcement Officer, do hereby make the following statement:

## INTRODUCTION AND AGENT BACKGROUND

1.    I am a U.S. Customs and Border Protection Enforcement Officer with the Department of Homeland Security, assigned to investigate Immigration Law violations and Criminal Laws of the United States at the Luis Muñoz Marín International Airport, Carolina, Puerto Rico. As an Enforcement Officer my duties and responsibilities include the enforcement of the Immigration and Nationality Act (INA). Furthermore, as an Enforcement Officer I am assigned to conduct investigations of criminal violations of the immigration laws of the United States, including violations of Title 8 and Title 18 of the United States Code, and to ensure the removal of those aliens that have been found to be in the United States in violation of the immigration laws.

2.    Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

## PROBABLE CAUSE

3.    On or about April 16, 2026, at or near the coast of San Juan, Puerto Rico, an alien by the name of Victor GUTIERREZ-POLANCO a citizen of the Dominican Republic, was found by the United States Coast Guard hiding under a container on board Trailed Vessel Barge JAX as a stowaway.

4.    The Vessel Barge JAX trailed by tugboat SIGNET INTRUDER, departed from Jacksonville, Florida destined to pier L in San Juan, Puerto Rico.

5.    The trailed Vessel Barge JAX was transiting near the coast of Dominican Republic, the SUBJECT boarded the barge to San Juan, Puerto Rico.

6.    Around 0200 on April 16, 2026, as the Jax Barge approached the Old Army Terminal dock within the Port of San Juan, an employee of the private company Trailer Bridge who is tasked with receive barges of cargo, called the Coast Guard reporting that he had just observed a person jump overboard from the Jax Barge.

7.    The US Coast Guard, which was already trailing the Jax Barge in a Coast Guard ship, began to look for the subject. Approximately 0200 to 0230 the Coast Guard found another person, Melvin GERMAN-MUNOZ, and rescued him from the water in the morning at the San Juan Bay, where the Tugboat Signet Intruder / Jax Barge had navigated minutes before.

8.    The US Coast Guard was already planning to search the Jax Barge even before the report of the person jumping overboard. After the Jax Barge docked, Coast Guard personnel boarded and conducted their search. They found Mr. GUTIERREZ-POLANCO hiding on board the barge underneath a shipping container.

9.    On April 16, 2026, Mr. GUTIERREZ-POLANCO was taken to the U.S. Customs and Border Protection Facilities to be processed for repatriation to his home of country the Dominican Republic.

10.    During this process, Mr. GUTIERREZ-POLANCO fingerprints were submitted to the FBI for examination and comparison; this examination disclosed a match to a previous immigration record.

11.    Systems check revealed that SUBJECT was granted a Voluntary Departure from the United States to Dominican Republic on October 10,2025 and was physically

removed from the United States by air on October 11,2025 from San Juan, Puerto Rico to Dominican Republic.

12. Agents advised GUTIERREZ-POLANCO of his Miranda Rights, which he waived. During his immigration interview, Mr. GUTIERREZ-POLANCO stated that his true and correct name is Victor GUTIERREZ-POLANCO and that he is a national and citizen of the Dominican Republic. GUTIERREZ-POLANCO stated that as the Jax Barge was passing the Dominican Republic, he left the shore of the Dominican Republic from near the San Juan River in a small boat with other people. The small craft approached the Jax Barge, and he with three others climbed onto the barge. He stated that the person the coast guard pulled from the water in the bay here (GERMAN-MUNOZ) had joined him on the venture from the San Juan River.

13. Mr. GUTIERREZ-POLANCO is a citizen and national of the Dominican Republic and is an alien with no authorization or legal status to be present in the United States.

14. Mr. GUTIERREZ-POLANCO did not have authorization to board the Tugboat Signet Intruder / Jax Barge, and he boarded it with the intent of obtaining transportation to the United States, and with like intent remained aboard said vessel after the vessel passed transited near the Dominican Republic.

*Space left blank intentionally*

## CONCLUSION

15.    Based upon my training, experience and my participation in this investigation, I believe that probable cause exist that Victor GUTIERREZ-POLANCO attempted to enter the United States by avoiding inspection in violation of 8 U.S.C § 1325 (a)(2) and boarded the Vessel Barge JAX without the consent of the owner, charterer, master or the person in command of the vessel in violation of 18 U.S.C § 2199.

Respectfully submitted,

Mariano Garay-Ortiz
CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at 1:10 pm on this 17th day of April 2026, in San Juan, Puerto Rico.

Marshal D. Morgan
United States Magistrate Judge
District Of Puerto Rico